UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
PRIME 4 VENTURES, INC.,

        Plaintiff,

   -against-

CREATIVE CONCEPTS OF AMERICA, INC. and
RED BULL, INC.,

        Defendants.
-----------------------------------------------------------------X

Civil Action No.: 07 Civ. 6912 (LAK)

**RULE 7.1 STATEMENT**

      Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, and to enable judges and magistrate judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for defendant Red Bull of North America, Inc. (sued incorrectly as "Red Bull, Inc."), a private (non-governmental) corporate party, certifies that, other than Red Bull GmbH, no other entity or person has an ownership interest of 10 percent or more in Red Bull of North America, Inc. Defendant is not aware of any other person or entity that has a financial or other interest in the outcome of this proceeding other than the parties.

Dated: New York, New York
       August 1, 2007

                              SONNENSCHEIN NATH & ROSENTHAL LLP

                          By: _____
                              Christine Lepera (CL 1165)
                              1221 Avenue of the Americas
                              New York, New York 10020-1089
                              (212) 768-6700

*Attorneys for Red Bull of North America, Inc.*
*(sued incorrectly as "Red Bull, Inc.")*