UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

PRIME 4 VENTURES, INC.,

        Plaintiff,

-against-

CREATIVE CONCEPTS OF AMERICA, INC. and RED BULL, INC.,

        Defendants.

Case No. 07 Civ. 6912 (LAK)

**AFFIDAVIT OF SERVICE**

---

STATE OF NEW YORK   )
                              : ss.:
COUNTY OF NEW YORK  )

    JOSHUA ROY, being duly sworn, deposes and says:

    1.    I am over 18 years of age, a licensed process server #1259440, am employed by Sonnenschein Nath & Rosenthal LLP, and am not a party to this action.

    2.    On Wednesday, August 1, 2007, at 2:55 PM, I served a true copy of the Notice of Removal, Civil Cover Sheet, Affidavit of Zhubin Parang, Rule 7.1 Statement, Individual Judges' Rules, and ECF instructions, all in the above captioned matter, by hand upon:

                Cobert, Haber & Haber
                1050 Franklin Avenue, Suite 507
                Garden City, NY 11530

by delivering and leaving same with Mr. Marc Weissman the above address.

3. I would describe Mr. Weissman as a white male, about 45 years of age, with glasses, short brown hair, approximately 5 feet 8 inches tall, and weighing about 210 pounds.

*[signature]*
JOSHUA ROY

Sworn to before me this
2nd day of August, 2007

*[signature]*
Notary Public

LAINI GEORGE
Notary Public, State of New York
No. 01GE6170630
Qualified in Kings County
Commission Expires July 9, 20 11

- 2 -