Kaplan, J

UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------X
PRIME 4 VENTURES, INC.,

          Plaintiff,

  -against-

CREATIVE CONCEPTS OF AMERICA, INC. and
RED BULL, INC.,

          Defendants.
---------------------------------------------------------------X

Civil Action No.
07 CV 6912 (LAK) (MHD)

**STIPULATION**

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8/22/07

    IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned counsel, that the time for defendant Red Bull North America Inc. (sued incorrectly as Red Bull, Inc.) ("Red Bull") to move, answer or otherwise respond to the complaint in the above-referenced matter is hereby extended to and through September 12, 2007. This is without waiver to all of Red Bull's defenses, except lack of personal jurisdiction.

Dated: New York, New York
       August 6, 2007

COBERT, HABER & HABER

By: _____
  Eugene F. Haber
  1050 Franklin Avenue - Suite 507
  Garden City, NY 11530
  516.248.7844

*Attorneys for Plaintiff*

SONNENSCHEIN NATH & ROSENTHAL LLP

By: _____
  Christine Lepera
  1221 Avenue of Americas
  New York, NY 10020
  212.768.6700

*Attorneys for Defendant Red Bull North America Inc.*

SO ORDERED:

_____ 8/21/07
U.S.D.J.
**LAURA TAYLOR SWAIN** U.S.D.J.
PART I