UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X

PRIME 4 VENTURES, INC.,               :

             :

         Plaintiff,             :

             :      Civil Action No.

     -against-              :      07 CV 6912 (LAK) (MHD)

             :

CREATIVE CONCEPTS OF AMERICA, INC. and   :      **NOTICE OF MOTION TO**
RED BULL, INC.,             :      **DISMISS THE COMPLAINT**

             :

         Defendants.         :
------------------------------------------------------------------X

       PLEASE TAKE NOTICE that, upon the accompanying Affidavit of Christine Lepera,

sworn to on September 12, 2007, and the exhibits attached thereto, and the Memorandum of Law

of Defendant Red Bull of North America, Inc. (sued incorrectly as "Red Bull, Inc.") ("Red

Bull") In Support Of Its Motion To Dismiss The Complaint, dated September 12, 2007, Red

Bull, through its undersigned counsel, will move this Court before the Honorable Lewis A.

Kaplan at the United States Courthouse for the Southern District of New York, 500 Pearl Street,

New York, New York on such date as may be determined by the Court, for an Order, pursuant to

Rule 12(b)(6) of the Federal Rules of Civil Procedure, dismissing with prejudice Plaintiff Prime

4 Venture's Complaint as against Red Bull.

Dated: New York, New York
September 12, 2007

SONNENSCHEIN NATH & ROSENTHAL LLP

By: _Christine Lepera_

Christine Lepera (CL 1165)
1221 Avenue of the Americas
New York, New York  10020-1089
(212) 768-6700

*Attorneys for Red Bull of North America, Inc.
(sued incorrectly as "Red Bull, Inc.")*

TO:

Eugene F. Haber, Esq.
Cobert, Haber & Haber
1050 Franklin Avenue - Suite 507
Garden City, NY 11530
(516)-248-7844

*Attorneys for Plaintiff*

- 2 -