UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
PRIME 4 VENTURES, INC.,             :
                                    :
              Plaintiff,            :
                                    :  Civil Action No.
      -against-                     :  07 CV 6912 (LAK) (MHD)
                                    :
CREATIVE CONCEPTS OF AMERICA, INC. and  :  **AFFIDAVIT OF**
RED BULL, INC.,                     :  **CHRISTINE LEPERA**
                                    :
              Defendants.           :
------------------------------------------------------------X

STATE OF NEW YORK     )
                      : ss.:
COUNTY OF NEW YORK    )

CHRISTINE LEPERA, being duly sworn, deposes and says:

1. I am a partner with the law firm of Sonnenschein Nath & Rosenthal LLP, counsel to defendant Red Bull of North America, Inc. (sued incorrectly as "Red Bull, Inc.") ("Red Bull"), in the above captioned action. I submit this affidavit in support of Red Bull's Motion to Dismiss the Complaint.

2. I submit this affidavit to transmit to the Court true and correct copies of certain documents referenced and quoted in Plaintiff's complaint in this action that are relevant to the Court's determination of the Motion to Dismiss.

3. Annexed hereto as Exhibit A is a true and correct copy of the Complaint, filed June 8, 2007 in the Supreme Court of New York, New York County, by Prime 4 Ventures, Inc.[1]

---

[1] This action was removed to this Court by Red Bull's petition, on August 2, 2007.

t

4. Annexed hereto as Exhibit B is a true and correct copy of defendants' "Agreement For The Purchase And Sale of Merchandise" (the "Agreement") (redacted in part), dated September 15, 2005.

_____
CHRISTINE LEPERA

Sworn to before me this
12th day of September, 2007

_____
Notary Public

AIMEE M. HALL
Notary Public, State of New York
No. 01HA4903710
Qualified in Westchester County
Commission Expires Aug. 24, 20 09

10002648\V-2