UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

PRIME 4 VENTURES, INC.,                            :

                              Plaintiff,           :    Case No. 07 Civ. 6912 (LAK)
                                                   :
        -against-                                  :    **AFFIDAVIT OF SERVICE**
                                                   :
CREATIVE CONCEPTS OF AMERICA, INC. and             :
RED BULL, INC.,                                    :
                                                   :
                              Defendants.          :

---

STATE OF NEW YORK       )
                        : ss.:
COUNTY OF NEW YORK  )

        LAINI GEORGE, being duly sworn, deposes and says:

        1.      I am over 18 years of age, a licensed process server #1260115, am employed by
Sonnenschein Nath & Rosenthal LLP, and am not a party to this action.

        2.      On Wednesday, September 12, 2007, I served a true copy of the Notice of Motion
to Dismiss the Complaint, dated 9/12/07, Affidavit of Christine Lepera, dated 9/12/07, and,
Memorandum of Law in Support of Defendant's Motion to Dismiss, dated 9/12/07, in the above
captioned matter, by Federal Express overnight delivery, upon:

                        Eugene F. Haber
                        Cobert, Haber & Haber
                        1050 Franklin Avenue, Suite 507
                        Garden City, NY 11530

- 2 -

by delivering and leaving same with an authorized Federal Express agent located at 1221 Avenue of the Americas, New York, NY 10020, prior to the latest time designated for overnight delivery.

LAINI GEORGE

Sworn to before me this
12th day of September, 2007

Notary Public

JOSHUA A. ROY
Notary Public, State of New York
No. 01RO6171076
Qualified in New York County
Commission Expires July 23, 20 11

- 2 -