UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------X
PRIME 4 VENTURES, INC.,

        Plaintiff,

   -against-

CREATIVE CONCEPTS OF AMERICA, INC. and
RED BULL, INC.,

        Defendants.
------------------------------------------------------X

Civil Action No.
07 CV 6912 (LAK) (MHD)

**STIPULATION**

OCT 3 - 2007

JUDGE KAPLAN'S CHAMBERS

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned counsel, that the time for defendant Red Bull North America Inc. (sued incorrectly as Red Bull, Inc.) ("Red Bull") (sued incorrectly as Red Bull, Inc.) ("Red Bull") to respond to Plaintiff's Cross-Motion and Plaintiff's Memorandum of Law in Opposition to Defendant's Motion to Dismiss is hereby extended to and through October 19, 2007, and that Red Bull's response should not exceed thirty-five pages. It is also stipulated and agreed that Plaintiff shall have through November 2, 2007 to serve a reply to Red Bull's opposition to Plaintiff's Cross-Motion. This stipulation may be executed in counterparts by facsimile signature.

Dated: New York, New York
       October 2, 2007

COBERT, HABER & HABER

By: _____
Eugene E. Haber
1050 Franklin Avenue - Suite 507
Garden City, NY 11530
516.248.7844

*Attorneys for Plaintiff*

SONNENSCHEIN NATH & ROSENTHAL LLP

By: _____
Christine Lepera
1221 Avenue of Americas
New York, NY 10020
212.768.6700

*Attorneys for Defendant Red Bull North America Inc.*

SO ORDERED:

_____
U.S.D.J.
10/3/07

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 10/4/07