UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------X
PRIME 4 VENTURES, INC.,

        Plaintiff,

-against-

CREATIVE CONCEPTS OF AMERICA, INC. and
RED BULL, INC.,

        Defendants.
----------------------------------------X

Civil Action No.
07 CV 6912 (LAK) (MHD)

**STIPULATION**

    IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned counsel, that:

    1)    Pursuant to Fed. R. Civ. P. 15(a), Plaintiff shall file and serve the amended complaint previously dated September 25, 2007 and attached to Plaintiff's response to Defendant's motion to dismiss ("Amended Complaint") on or before October 19, 2007;

    2)    Defendant Red Bull North America Inc. (sued incorrectly as Red Bull, Inc.) ("Red Bull") has until and through November 13, 2007, to move against, answer or otherwise respond to the Amended Complaint;

    3)    Plaintiff shall have until and through December 4, 2007 to serve and file any response to any motion made by Red Bull addressed to the Amended Complaint;

```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 10/18/07
```

4)    Red Bull shall have until and through December 18, 2007 to serve and file any reply to any such response by Plaintiff to a motion by Red Bull.

Dated: New York, New York
       October 16, 2007

COBERT, HABER & HABER

By: *(signature)*
Eugene F. Haber
Melanie I. ~~Weiner~~ Wiener
1050 Franklin Avenue - Suite 507
Garden City, NY 11530
516.248.7844

*Attorneys for Plaintiff*

SONNENSCHEIN NATH & ROSENTHAL LLP

By: *(signature)*
Christine Lepera
1221 Avenue of Americas
New York, NY 10020
212.768.6700

*Attorneys for Defendant Red Bull North America Inc.*

SO ORDERED:

*(signature)*
U.S.D.J.

10/17/07

- 2 -