UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
PRIME 4 VENTURES, INC.,

            Plaintiff,

      -against-                                  07 Civ. 6912 (LAK)

CREATIVE CONCEPTS OF AMERICA, INC., et ano.,

            Defendants.
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

**ORDER**

LEWIS A. KAPLAN, *District Judge*.

        The motion of defendant Red Bull of North America, Inc., to dismiss the complaint on the ground that it fails to state a claim upon which relief may be granted and plaintiff's cross motion for leave to serve and file an amended complaint in the form annexed to the cross-motion both are granted. In granting the cross-motion, the Court intimates no view as to the legal sufficiency of the proposed amended complaint.

        SO ORDERED.

Dated:      November 1, 2007

                                                  /s/ Lewis A. Kaplan
                                                  Lewis A. Kaplan
                                                  United States District Judge

[Stamp:] USDS SDNY | DOCUMENT | ELECTRONICALLY FILED | DOC #: _____ | DATE FILED: 11/1/07