UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------X
PRIME 4 VENTURES, INC.,

        Plaintiff,

-against-

CREATIVE CONCEPTS OF AMERICA, INC. and
RED BULL NORTH AMERICA, INC.,

        Defendants.
----------------------------------------X

Civil Action No.
07 CV 6912 (LAK) (MHD)

STIPULATION

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned counsel, that:

1) Defendant Red Bull North America Inc. ("Red Bull") has until and through November 16, 2007, to move against, answer or otherwise respond to the Amended Complaint;

2) Plaintiff shall have until and through December 7, 2007 to serve and file any response to any motion made by Red Bull addressed to the Amended Complaint;

3) Red Bull shall have until and through December 21, 2007 to serve and file any reply to any such response by Plaintiff to a motion by Red Bull.

Dated: New York, New York
      November 7, 2007

COBERT, HABER & HABER

By: _____
Eugene F. Haber
1050 Franklin Avenue - Suite 507
Garden City, NY 11530
516.248.7844

*Attorneys for Plaintiff*

SONNENSCHEIN NATH & ROSENTHAL LLP

By: _____
Christine Lepera
1221 Avenue of Americas
New York, NY 10020
212.768.6700

*Attorneys for Defendant Red Bull North America Inc.*

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 11/9/07