UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
PRIME 4 VENTURES, INC.,                        :
                                               :
                Plaintiff,           :
                                               :   Civil Action No.
   -against-                                  :   07 CV 6912 (LAK) (MHD)
                                               :
CREATIVE CONCEPTS OF AMERICA, INC.             :   **NOTICE OF MOTION TO**
and RED BULL OF NORTH AMERICA, INC.,           :   **DISMISS THE AMENDED**
                                               :   **COMPLAINT**
                Defendants.          :
------------------------------------------------------------------X

       PLEASE TAKE NOTICE that, upon the accompanying Affidavit of Christine Lepera, sworn to on November 16, 2007, and the exhibits attached thereto, and the Memorandum of Law of Defendant Red Bull of North America, Inc. ("Red Bull") In Support Of Its Motion To Dismiss the Amended Complaint dated October 18, 2007, Red Bull, through its undersigned counsel, will move this Court before the Honorable Lewis A. Kaplan at the United States Courthouse for the Southern District of New York, 500 Pearl Street, New York, New York on such date as may be determined by the Court, for an Order, pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure, dismissing with prejudice Plaintiff Prime 4 Venture's Complaint against Red Bull.

Dated: New York, New York
       November 16, 2007

SONNENSCHEIN NATH & ROSENTHAL LLP

By: _____
Christine Lepera
Zhubin Parang
1221 Avenue of the Americas
New York, New York  10020-1089
(212) 768-6700

*Attorneys for Red Bull of North America, Inc.*

TO:

Eugene F. Haber, Esq.
Cobert, Haber & Haber
1050 Franklin Avenue - Suite 507
Garden City, NY 11530
(516)-248-7844

*Attorneys for Plaintiff*