UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
PRIME 4 VENTURES, INC.,

               Plaintiff,

    -against-

CREATIVE CONCEPTS OF AMERICA, INC.
and RED BULL OF NORTH AMERICA, INC.,

               Defendants.
------------------------------------------------------------------X

Civil Action No.
07 CV 6912 (LAK) (MHD)

**AFFIDAVIT OF**
**CHRISTINE LEPERA**

STATE OF NEW YORK    )
                             : ss.:
COUNTY OF NEW YORK  )

      CHRISTINE LEPERA, being duly sworn, deposes and says:

      1.     I am a member of Sonnenschein Nath & Rosenthal LLP, counsel to defendant Red Bull of North America, Inc. ("Red Bull"), in the above captioned action.

      2.     I submit this affidavit to transmit to the Court true and correct copies of certain documents referenced in Plaintiff's amended complaint in this action and which are referred to in Red Bull's Memorandum of Law in support of its motion to dismiss.

      3.     Annexed hereto as Exhibit A is a true and correct copy of the Amended Complaint, dated October 18, 2007.

- 2 -

4. Annexed hereto as Exhibit B is a four page document which Plaintiff avers is a true and correct copy of the agreement underlying its claims in this action, previously filed by Plaintiff in Opposition to Red Bull's prior motion to dismiss Plaintiff's original complaint.

5. Annexed hereto as Exhibit C is a true and correct copy of defendants' "Agreement For The Purchase And Sale of Merchandise" (the "Red Bull Agreement") (redacted in part), dated September 15, 2005.

*/s/ Christine Lepera*
CHRISTINE LEPERA

Sworn to before me this
16th day of November, 2007

*/s/ Alessandra Lovren*
Notary Public

ALESSANDRA LOVREN
NOTARY PUBLIC, STATE OF NEW YORK
NO. 31-4981830
QUALIFIED IN NEW YORK COUNTY
COMMISSION EXPIRES MAY 20, 20 11