UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
PRIME 4 VENTURES, INC.,

                Plaintiff,

-against-

CREATIVE CONCEPTS OF AMERICA, INC., et ano.,
                Defendants.
-----------------------------------------------------------X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3/6/-8

07 CIVIL 6912 (LAK)

**JUDGMENT**

      Defendant Red Bull having moved to dismiss the amended complaint as against it pursuant to Fed. R. Civ. P. 12(b)(6), and the matter having come before the Honorable Lewis A. Kaplan, United States District Judge, and the Court, on March 3, 2008, having rendered its Order granting Red Bull's motion to dismiss the amended complaint in all respects, and as more than 120 days has passed since the commencement of the action and no proof of service on CCA having been filed, dismissing the action as to CCA without prejudice as to that defendant pursuant to Fed. R. Civ. P. 4(m), it is,

      **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Order dated March 3, 2008, Red Bull's motion to dismiss the amended complaint is granted in all respects;, and as more than 120 days has passed since the commencement of the action and no proof of service on CCA having been filed, the action is dismissed as to CCA without prejudice as to that defendant pursuant to Fed. R. Civ. P. 4(m); accordingly, the case is closed.

Dated: New York, New York
       March 6, 2008

                                         **J. MICHAEL McMAHON**
                                         **Clerk of Court**
                        BY:
                                         **Deputy Clerk**

THIS DOCUMENT WAS ENTERED
ON THE DOCKET ON _____