UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X

PRIME 4 VENTURES, INC.          Civil Action No.
                                07 CV 6912 (LAK) (MHD)
                    Plaintiff,

    -against-                   **NOTICE OF MOTION**

CREATIVE CONCEPTS OF AMERICA, INC.
and RED BULL OF NORTH AMERICA, INC.
                    Defendants.
------------------------------------------------------------------X

    PLEASE TAKE NOTICE that, upon the accompanying Affidavit of Ikraly Tanurishvili, sworn to on March 25, 2008, upon the accompanying Affidavit of Eugene F. Haber, sworn to on March 27, 2008, and the exhibits attached thereto, and the Memorandum of Law of Plaintiff Prime 4 Ventures, Inc. in Support of its Motion, the undersigned will move this Court before the Honorable Lewis A. Kaplan at the United States Courthouse for the Southern District of New York, 500 Pearl Street, New York, New York on such date as may be determined by the Court, for an Order, pursuant to Rule 60(b)(2) and (b)(6) of the Federal Rules of Civil Procedure, to reconsider the Order of the Honorable Lewis A. Kaplan dated March 3, 2008, with leave of the Court.

Dated: Garden City, New York
       March 27, 2008

                        COBERT, HABER & HABER

                        By: _____
                        Eugene F. Haber [EH5021]
                        1050 Franklin Avenue, Suite 507
                        Garden City, NY 11530
                        (516) 248-7844

                    *Attorneys for Plaintiff Prime 4 Ventures, Inc.*

To: Sonnenschein Nath & Rosenthal, LLP
Attorneys for Defendant
RED BULL OF NORTH AMERICA, INC.
1221 Avenue of the Americas
New York, NY 10020-1089
(212) 768-6700

CREATIVE CONCEPTS OF AMERICA, INC.
Defendants *pro se*
4300 N. University Drive, A-106
Ft. Lauderdale, FL 33351