UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------------X
PRIME 4 VENTURES, INC.,                          Civil Action No.
                                                 07 CV 6912 (LAK)(MHD)

                    Plaintiffs,
                                                 **NOTICE OF APPEAL**
         -against-

CREATIVE CONCEPTS OF AMERICA, INC.
and RED BULL OF NORTH AMERICA, INC.,

                                                 FILED U.S. DC
                                                 MAR 26 2008
                                                 S.D. OF N.Y.

                    Defendants.
----------------------------------------------------------------X

    **PLEASE TAKE NOTICE,** that the Plaintiffs PRIME 4 VENTURES, INC. hereby appeal to the United States Court of Appeals for the Second Circuit, from the Order of United States District Judge Lewis A. Kaplan dated March 3, 2008 in the above entitled action in favor of the Defendant RED BULL OF NORTH AMERICA, INC. against the Plaintiffs granting Defendant's motion to dismiss the amended complaint, entered in the Office of the Clerk of the United States District Court for the Southern District of New York, on the 6th day of March, 2008.

Dated:  Garden City, N.Y.        Yours, etc.,
          March 20, 2008

                                              **COBERT, HABER & HABER**
                                              Attorneys for Plaintiffs
                                              PRIME 4 VENTURES, INC.
                                              1050 Franklin Avenue- Suite 507
                                              Garden City, NY 11530
                                              (516) 248-7844

                                      By_____
                                              EUGENE F. HABER