RECEIVED APR 03 2008 S.D. OF N.Y.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
PRIME 4 VENTURES, INC.,

Civil Action No.
07 CV 6912 (LAK)(MHD)

                Plaintiffs,

**AMENDED**
**NOTICE OF APPEAL**

-against-

CREATIVE CONCEPTS OF AMERICA, INC.
and RED BULL OF NORTH AMERICA, INC.,

                Defendants.
------------------------------------------------------------X

**PLEASE TAKE NOTICE**, that the Plaintiffs PRIME 4 VENTURES, INC. hereby appeal to the United States Court of Appeals for the Second Circuit, from the Order of United States District Judge Lewis A. Kaplan dated March 3, 2008, in the above entitled action in favor of the Defendant RED BULL OF NORTH AMERICA, INC. against the Plaintiffs granting Defendant's motion to dismiss the amended complaint, entered in the Office of the Clerk of the United States District Court for the Southern District of New York, on the 6th day of March, 2008, and from the Order of United States District Judge Lewis A. Kaplan dated March 28, 2008, in the above entitled action in favor of the Defendant RED BULL OF NORTH AMERICA, INC. against the Plaintiffs denying the Plaintiffs' motion for reconsideration, entered in the Office of the Clerk of the United States District Court for the Southern District of New York, on the 28th day of March, 2008.

Dated: Garden City, N.Y.
April 1, 2008

Yours, etc.,

**COBERT, HABER & HABER**
Attorneys for Plaintiffs
PRIME 4 VENTURES, INC.
1050 Franklin Avenue- Suite 507
Garden City, NY 11530
(516) 248-7844

By_____
EUGENE F. HABER

Service List:

Sonnenschein Nath and Rosenthal LLP
Attorneys for Defendant
RED BULL OF NORTH AMERICA, INC.
1221 Avenue of the Americas
New York, NY 10020-1089